STERLING SECURITIES CO., Appellant, v. THAMES LOAN & TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by the Sterling Securities Company against the Thames Loan & Trust Company. J. C. Guggenheimer, of New York City, for appellant. W. H. Ford,

of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion to open default denied, with leave to defendant to renew on presenting to the court verified answer setting up a defense. Order filed.